**Affirm and Opinion Filed September 27, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-00032-CR

### LYDIA L. CURTIS, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 401st Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 401-82230-08**

## MEMORANDUM OPINION

Before Justices Bridges, Fillmore, and Lewis
Opinion by Justice Bridges

Lydia L. Curtis waived a jury and pleaded not guilty to evading arrest or detention while using a motor vehicle. *See* TEX. PENAL CODE ANN. § 38.04(a), (b)(1)(B) (West Supp. 2012). After finding appellant guilty, the trial court assessed punishment at four years' imprisonment. On appeal, appellant's attorney filed a brief in which she concludes the appeal is wholly frivolous and without merit. The brief meets the requirements of *Anders v. California*, 386 U.S. 738 (1967). The brief presents a professional evaluation of the record showing why, in effect, there are no arguable grounds to advance. *See High v. State*, 573 S.W.2d 807, 811 (Tex. Crim. App. [Panel Op.] 1978). Counsel delivered a copy of the brief to appellant.

Appellant filed a pro se response raising several issues  After reviewing counsel's brief, appellant's pro se response, and the record, we agree the appeal is frivolous and without merit. *See Bledsoe v. State*, 178 S.W.3d 824, 827 (Tex. Crim. App. 2005) (explaining appellate court's duty in *Anders* cases).  We find nothing in the record that might arguably support the appeal.

We affirm the trial court's judgment.

Do Not Publish
TEX. R. APP. P. 47
120032F.U05

/David L. Bridges/
DAVID L. BRIDGES
JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

LYDIA L. CURTIS, Appellant

No. 05-12-00032-CR          V.

THE STATE OF TEXAS, Appellee

Appeal from the 401st Judicial District
Court of Collin County, Texas (Tr.Ct.No.
401-82230-08).
Opinion delivered by Justice Bridges,
Justices Fillmore and Lewis participating.

Based on the Court's opinion of this date, the trial court's judgment is **AFFIRMED**.

Judgment entered September 27, 2013

  /David L. Bridges/
  DAVID L. BRIDGES
  JUSTICE